Michael J. McCue
Nevada Bar No. 6055
Jonathan W. Fountain
Nevada Bar. No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: 702.949.8200
E-mail: mmccue@lrrc.com
E-mail: jfountain@lrrc.com

*Attorneys for Plaintiff*
*Kalco Lighting Ltd., LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KALCO LIGHTING LTD., LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ELEGANT LIGHTING, INC. d/b/a ELEGANT FURNITURE & LIGHTING, a Pennsylvania corporation,<br><br>　　　　　　Defendant. | Case No.   2:16-CV-01683-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS TO ANY PARTY**<br><br>ECF No. 18 |

100055236_11
54990693.1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kalco Lighting Ltd., LLC and Defendant Elegant Lighting, Inc. d/b/a/ Elegant Furniture & Lighting, hereby agree and stipulate to dismiss this action with prejudice, and without an award of attorneys' fees or costs to any party.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | POLSINELLI, P.C. |
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: 702.949.8200<br>E-mail: mmccue@lrrc.com<br>E-mail: jfountain@lrrc.com | By: /s/ Michael D. Pegues<br>Michael D. Pegues<br>Jason A. Wietjes<br>2950 N. Harwood<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>E-mail: mpegues@polsinelli.com<br>E-mail: jwietjes@polsinelli.com |
| *Attorneys for Plaintiff*<br>*Kalco Lighting Ltd., LLC* | DICKINSON WRIGHT PLLC<br>John L. Krieger<br>8363 West Sunset Road<br>Suite 200<br>Las Vegas NV 89113<br>Telephone: (702) 550-4400<br>E-mail: jkrieger@dickinson-wright.com |
| | *Attorneys for Defendant*<br>*Elegant Lighting, Inc. d/b/a*<br>*Elegant Furniture & Lighting* |

**ORDER**

Based on the parties' stipulation [18] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12-23-16

100055236_12
54990693.1